**Gene BREHMER, Appellant,**

**v.**

**XCEL ENERGY, INC., Appellee.**

**No. 08–3035.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 24, 2009.

Filed: Dec. 14, 2009.

Edward Austin Zimmerman, Business Lawyers, Burnsville, MN, for Appellant.

Ellen A. Brinkman, Briggs & Morgan, Minneapolis, MN, Michael John Moberg, Briggs & Morgan, St. Paul, MN, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Gene Brehmer appeals the district court's[1] adverse grant of summary judgment on his claims brought under the Family and Medical Leave Act and state law. After reviewing the record de novo, and viewing it in the light most favorable to Brehmer, see Woods v. DaimlerChrysler Corp., 409 F.3d 984, 990 (8th Cir.2005) (summary judgment standard of review); Koch Eng'g Co. v. Gibralter Cas. Co., 78 F.3d 1291, 1294 (8th Cir.1996) (standard of review for determination of state law), we

___

peal. See Flynn v. Chater, 107 F.3d 617, 620 (8th Cir.1997).

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.